**SCHLICHTER & SHONACK, LLP**
WILLIAM A. PERCY, Bar No. 297325
2381 Rosecrans Avenue, Suite 326
El Segundo, CA 90245
Telephone: (310) 643-0111
Fax: (310) 643-1638
[Additional counsel on signature page]

*Attorneys for Plaintiff Terry Fabricant and*
*the Proposed Class*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SIGNAPAY, LTD. and JOHN DOE CORPORATION D/B/A PAYLORATE.COM | Case No. 2:19-cv-03953-DSF-FFM<br><br>**STIPULATION TO SUBSTITUTE PARTY NAME**<br><br> **Action Filed:** May 6, 2019 |

All parties who have appeared, through their undersigned counsel, hereby stipulate as follows:

**WHEREAS**, Plaintiff Terry Fabricant filed his complaint in this case on May 6, 2019 (Dkt. No. 1);

**WHEREAS**, the Plaintiff named a John Doe Corporation d/b/a PayLoRate.com as a defendant, among others (Id.);

**WHEREAS;** Fed. R. Civ. P. 21 states that "Parties may be … added by order of the Court on motion of any party or of its own motion at any stage of the action and on such terms as are just";

1   **WHEREAS**, Defendant SignaPay, Ltd. filed an Answer on June 4, 2019

2   (Dkt. No. 14);

3   **WHEREAS,** John Doe Corporation d/b/a PayLoRate.com has been

4   identified as Paylo Rate LLC, a California limited liability company;

5   **WHEREAS**, Plaintiff requested that SignaPay, Ltd. enter into this

6   stipulation in connection with the substitution below.

7   **NOW, THEREFORE**, it is hereby stipulated by all parties that Paylo Rate

8   LLC d/b/a PayLoRate.com shall be substituted for John Doe Corporation d/b/a

9   PayLoRate.com.

10                      **SIGNATURE ATTESTATION**

11   The CM/ECF user filing this paper attests that concurrence in its filing has

12   been obtained from its other signatories.

13

14   SO STIPULATED on July 16, 2019.

15

16   By:   */s/ Anthony I. Paronich*

17         Anthony I. Paronich
         Email: anthony@paronichlaw.com

18         PARONICH LAW, P.C.
         350 Lincoln Street, Suite 2400

19         Hingham, Massachusetts 02043
         Telephone: (617) 738-7080

20         Facsimile: (617) 830-0327

21         *Admitted Pro Hac Vice*

22

23

24         ***Attorneys for Plaintiff Terry Fabricant and***

25         ***the Proposed Class***
         ***Attorneys for Defendant Signapay, Ltd.***

26

27

28

1

2

3  By:       */s/ Bradley M. Gordon*
   _____

4  Grant B. Gelberg (SBN 229454)
5  Joel Mallord (SBN 302764)
   HUANG YBARRA GELBERG & MAY
6  LLP
   550 South Hope Street, Suite 1850
7  Los Angeles, CA  90071
   Telephone:  (213) 884-4900
8  Facsimile:   (213) 884-4910
   Grant.Gelberg@hygmlaw.com
9  Joel.Mallord@hygmlaw.com

10
   Joel W. Reese
11 Bradley M. Gordon
   REESE MARKETOS LLP
12 750 N. St. Paul Street, Suite 600
   Dallas, Texas 75201-3201
13 Telephone:(214) 382-9810
   Facsimile: (214) 501-0731
14 Joel.Reese@rm-firm.com
   Brad.Gordon@rm-firm.com
15
16 Attorneys for Defendant SIGNAPAY,
   LTD.
17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO SUBSITUTE PARTY NAME
*Fabricant v. Signapay, Ltd., et. al.*