UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SIGNAPAY, LTD. and JOHN DOE CORPORATION D/B/A PAYLORATE.COM | Case No. CV 19-03953 DSF (FFMx)<br><br>**ORDER ON STIPULATION TO SUBSTITUTE PARTY NAME** |

The parties who have appeared have filed a stipulation to substitute the party name of existing defendant "John Doe Corporation d/b/a PayLoRate.com" for the new party name "Paylo Rate, LLC d/b/a PayLoRate.com."

After considering this stipulation, and finding good cause, the Court **GRANTS** the Order on Stipulation to Substitute Party Name and hereby orders

| | |
|---|---|
| 1 | that "Paylo Rate, LLC d/b/a PayLoRate.com" is substituted as the party name for |
| 2 | "John Doe Corporation d/b/a PayLoRate.com." |
| 3 | |
| 4 | IT IS SO ORDERED. |
| 5 | DATED:  July 22, 2019 |

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE