**SCHLICHTER & SHONACK, LLP**
WILLIAM A. PERCY (CA SBN 297325)
2381 Rosecrans Avenue, Suite 326
El Segundo, CA 90245
Telephone: (310) 643-0111
Fax: (310) 643-1638

*Attorneys for Plaintiff Terry Fabricant and the Proposed Class*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>     v.<br><br>SIGNAPAY, LTD. and PAYLO RATE, LLC D/B/A PAYLORATE.COM | Case No. 2:19-cv-03953-DSF-FFM<br><br>**PLAINTIFF TERRY FABRICANT'S NOTICE OF SETTLEMENT OF ENTIRE CASE** |

TO THIS HONORABLE COURT, ALL PARTIES AND THEIR

ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE THAT, plaintiff Terry Fabricant, by and through

his attorneys of record, respectfully notifies this Honorable Court that this case has

settled. Plaintiff requests that this Honorable Court vacate all pending hearing

- i -
NOTICE OF SETTLEMENT OF ENTIRE CASE
*Fabricant v. Signapay, Ltd., et. al.*

dates and allow sixty (60) days to dismiss the case. This Court shall retain jurisdiction over this matter until fully resolved.

Dated: February 9, 2020          Respectfully Submitted,

SCHLICHTER & SHONACK, LLP

         /s/ - William A. Percy         
By: WILLIAM A. PERCY
*Attorneys for Plaintiff Terry Fabricant and the Proposed Class*