**SCHLICHTER & SHONACK, LLP**
WILLIAM A. PERCY, Bar No. 297325
2381 Rosecrans Avenue, Suite 326
El Segundo, CA 90245
Telephone: (310) 643-0111
Fax: (310) 643-1638
[Additional counsel on signature page]

*Attorneys for Plaintiff Terry Fabricant and the Proposed Class*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SIGNAPAY, LTD. and PAYLO RATE, LLC D/B/A PAYLORATE.COM | Case No. 2:19-cv-03953-DSF-FFM<br><br>**STIPULATION TO REOPEN CASE FOR GOOD CAUSE AND TO DISMISS WITH PREJUDICE**<br><br>Action Filed: May 6, 2019 |

All parties, through their undersigned counsel, for good cause shown, hereby stipulate as follows:

**WHEREAS**, on February 9, 2020, Plaintiff filed Plaintiff Terry Fabricant's Notice of Settlement of Entire Case; and

**WHEREAS**, on February 15, 2020, the Court dismissed the case without prejudice due to settlement and retained jurisdiction for 45 days to vacate the order and to reopen the case on a showing of good cause that the settlement has not been completed and further proceedings are necessary.

**NOW, THEREFORE**, the following is hereby stipulated by all parties:

1. The parties have completed the settlement announced by Plaintiff on February 9, 2020, except for the dismissal of Plaintiff's claims with prejudice.

2. The settlement terms include dismissal of the claims of Plaintiff in this case with prejudice.

3. In order to complete the settlement, it is necessary for the Court to reopen the case and dismiss Plaintiff's claims and this case with prejudice in accordance with the parties' settlement agreement.

4. Good cause exists for the Court to reopen the case and dismiss the case with prejudice in accordance with the parties' settlement.

5. The parties request that the Court reopen this case and dismiss the case with prejudice on the terms set forth in the order submitted simultaneously.

## SIGNATURE ATTESTATION

The CM/ECF user filing this paper attests that concurrence in its filing has been obtained from its other signatories.

SO STIPULATED on March 30, 2020.

By: */s/ Anthony I. Paronich*
Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (617) 738-7080
Facsimile: (617) 830-0327
anthony@paronichlaw.com
*Admitted Pro Hac Vice*

**Attorneys for Plaintiff Terry Fabricant and the Proposed Class**

|   |   |
|---|---|
| 1 | By: */s/ Bradley M. Gordon* |
| 2 | Grant B. Gelberg (SBN 229454) |
|   | Joel Mallord (SBN 302764) |
| 3 | HALPERN MAY YBARRA |
| 4 | GELBERG LLP |
|   | 550 South Hope Street, Suite 2330 |
| 5 | Los Angeles, CA  90071 |
| 6 | Telephone:  (213) 402-1900 |
|   | Facsimile:   (213) 402-1901 |
| 7 | Grant.Gelberg@halpermay.com |
| 8 | Joel.Mallord@halpernmay.com |

Joel W. Reese
Bradley M. Gordon
REESE MARKETOS LLP
750 N. St. Paul Street, Suite 600
Dallas, Texas 75201-3201
Telephone:       (214) 382-9810
Facsimile:         (214) 501-0731
Joel.Reese@rm-firm.com
Brad.Gordon@rm-firm.com

**Attorneys for Defendant SignaPay, Ltd.**


By: /s/ *Steven L. Rayman*
Steven L. Rayman (SBN 134078)
RAYMAN LAW,
 a Professional Corporation
22527 Blueridge Court
Calabasas, California 91302
Telephone: 818-926-7531
Facsimile: 888-376-3043
StevenRaymanEsq@gmail.com

**Attorneys for Defendant Paylo Rate LLC**

- 3 -
STIPULATION TO REOPONE CASE FOR GOOD CAUSE AND TO DISMISS WITH PREJUDICE
*Fabricant v. Signapay, Ltd., et. al.*