UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| TERRY FABRICANT, individually and on behalf of all others similarly situated <br><br> v. <br><br> SIGNAPAY, LTD. and PAYLO RATE, LLC D/B/A PAYLORATE.COM | Case No. 2:19-cv-03953-DSF-FFM <br><br> **ORDER OF DISMISSAL WITH PREJUDICE** <br><br> Judge Honorable Dale S. Fischer <br> Dept: Courtroom 7D |

Upon stipulation and consent of the parties, and for good cause shown, it is hereby ORDERED that:

1.  The Court has approved, adopted, and ratified the Stipulation to Reopen Case for Good Cause and to Dismiss with Prejudice.

2.  The Court finds that cause exists to reopen the Case to vacate its February 15, 2020 order of dismissal.

3.  The case is reopened and the Court's February 15, 2020 order of dismissal is vacated.

4.  All of Terry Fabricant's claims against SignaPay, Ltd. and Paylo Rate, LLC d/b/a PayLoRate.com are hereby dismissed with prejudice, and this case is dismissed with prejudice.

5.  Each party shall bear the party's own costs of court.

IT IS SO ORDERED.

DATED:  March 30, 2020

_Dale S. Fischer_

Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE